IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSHUA LEE HAGEN,<br><br>  Defendant. | CR 16-107-BLG-SPW-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Judge Watters has referred to the undersigned Defendant's Unopposed Motion for Change of Plea Hearing. (*See* Docs. 316, 317.)

Accordingly, IT IS ORDERED that, provided the parties consent, the Court will conduct a change of plea hearing on **November 21, 2017, at 9:30 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 8th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge