

**FILED**

AUG 2 0 2018

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-107-BLG-SPW-03 |
|---|---|
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| JOSHUA LEE HAGEN, | |
| Defendant. | |

Whereas, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

And whereas, on November 2, 2017, Joshua Lee Hagen entered into a plea agreement wherein he agreed to plead guilty to count I of the indictment, which

1

charged him with conspiracy to possess with intent to distribute and distribute methamphetamine;

And whereas, the defendant, pursuant to the plea agreement with the United States, agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

And whereas, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on June 6, 2018, and ending on July 5, 2018, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- a Glock Model 23 .40 caliber handgun (serial number FBH352);

- a Beretta 9mm pistol Model 92Al (serial number K91402z);

- a Ruger P89 9mm handgun (serial number 305-67254);

- a Glock Model 22 .40 caliber handgun (serial number BAKL269);

- a Charter Arms Bulldog Pug 44 Special (serial number 51637);

- a Remington Model 770 7mm rifle (serial number M72050582);

- a Marlin .17 HMR caliber rifle, Model 917VS (serial number 94685381);

- a US Carbine .30 caliber rifle (serial number 78365); and

- a Siaga .223 caliber rifle (serial number H04161421).

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1.  The United States shall seize the forfeited property described above;

2.  The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3.  All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4.  The Clerk is directed to send copies of this order to all counsel of record and the defendant.    The Clerk is further directed to send three certified copies of this order to the United States Marshal.

//

//

DATED this 20th day of August, 2018.

SUSAN P. WATTERS
United States District Court Judge